UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-03137 DMG (AGRx)** | Date | June 24, 2013 |
|---|---|---|---|

| Title | ***Donald K. Brandt, et al. v. US Bank N.A.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On January 29, 2013, Plaintiff, Donald K. and Tzipora Brandt, filed a "Petition for Injunctive and Declaratory Relief and Stay of Foreclosure Sale" in Los Angeles County Superior Court against Defendants, U.S. Bank, N.A.; Specialized Loan Servicing, LLC; ReconTrust Company N.A.; Mortgage Electronic Registration Systems Inc. ("MERS"); MERSCORP Holdings; Bank of America Corp.; Aurora Loan Services, LLC; and Does 1 through 100. [Doc. # 1, Ex. B.]  Plaintiffs filed a First Amended Complaint ("FAC") on March 5, 2013, adding as Defendants "the certificate holders of the SARM 2006-1 trust fund; Wells Fargo Bank, N.A.; and Barclay's PLC Group.  (Not. of Removal, Ex. D.)  The operative FAC raises the following claims:  (1) injunctive and declaratory relief and stay of foreclosure sale; (2) quiet title; (3) slander of title; (4) cancellation of instruments; (5) demand for damages; and (6) fraud.  (*Id.* at 1.)

On May 2, 2013, Defendant Aurora Loan Services LLC filed a Notice of Removal to this Court.  [Doc. # 1.]  The Notice of Removal alleges that this Court has jurisdiction on the basis of complete diversity of citizenship, 28 U.S.C. § 1332.

Relying on *Wachovia Bank v. Schmidt*, 546 U.S. 303, 126 S. Ct. 941, 163 L. Ed. 2d 797 (2006), Defendants assert that Wells Fargo, a national banking association, is solely a citizen of the state in which its main headquarters are located.  Thus, Defendants maintain that Wells Fargo is solely a citizen of South Dakota because its main office is in Sioux Falls, South Dakota. (Not. of Removal ¶ 8(d).)  *Schmidt*, however, expressly declined to hold that a national banking association's citizenship is limited to the state in which its main office is located as set forth in its articles of association. 546 U.S. at 315 n.8.  This Court has held that Wells Fargo is a citizen of California because it has its principal place of business in this state.  *See Rouse v. Wachovia Mortgage, FSB*, No. CV 11-00928, 2012 WL 174206, 2012 U.S. Dist. LEXIS 6962 (C.D. Cal. Jan. 13, 2012).  In this case, Plaintiffs are citizens of California.  (*See* Not. of Removal ¶ 5.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-03137 DMG (AGRx) | Date | June 24, 2013 |
| Title | *Donald K. Brandt, et al. v. US Bank N.A.* | Page | 2 of 2 |

Therefore, pursuant to this Court's reasoning in *Rouse*, it appears that the parties are not completely diverse. Defendants are **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court for lack of subject matter jurisdiction. Defendants shall file their response on or before July 8, 2013. The hearing on Defendants' motions to dismiss [Doc. ## 6, 18], currently set for June 28, 2013, is vacated and will be reset if necessary pending resolution of this Order.

**IT IS SO ORDERED.**